## STANLEY V. TUCKER *v.* TOWN OF TORRINGTON (12760)

DUPONT, C. J., and O'CONNELL and LAVERY, Js.

Argued December 9, 1994—decision released January 3, 1995

*Stanley V. Tucker,* pro se, the appellant (plaintiff).

*Albert G. Vasko,* corporation counsel, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

## ERNEST SANTORO *v.* NELLIE SANTORO (13001)

FOTI, LAVERY and SCHALLER, Js.

Argued December 13, 1994—decision released January 3, 1995

*John R. Williams,* with whom, on the brief, was *Vito A. Castignoli,* for the appellant (defendant).

*Charles E. Tiernan III,* with whom, on the brief, was *Mary Beattie Schairer,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.